**United States District Court**
**Middle District of Tennessee**
Office of the Clerk
Fred D. Thompson U.S. Courthouse
and Federal Building
719 Church Street
Nashville, Tennessee 37203
www.tnmd.uscourts.gov
lindsay_newsom@tnmd.uscourts.gov

Eastern District of Kentucky
FILED

MAY 09 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

May 3, 2024

Clerk
U.S. District Court, Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

Re:     TRANSMISSION OF RULE 5 DOCUMENTS
        USA v. Ethan McManus-Sanning
        Eastern District of Kentucky, Case No. 5:24-cr-00039
        Middle District of Tennessee Case No. 3:24-mj-04178

Dear Clerk:

Enclosed please find certified copies of Rule 5 paperwork for the above-referenced case.

Sincerely,

Lindsay Newsom
Case Administrator

Enclosures

cc:    U. S. Marshal Service

AO 94  (Rev. 06/09) Commitment to Another District

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.   3:24-mj-4178 |
| Ethan McManus-Sanning | ) |
| | )    Charging District's |
| _Defendant_ | )    Case No.   5:24-CR-39-DCR-EBA |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ Eastern _____ District of _Kentucky_ ,

_(if applicable)_ _Central_ _____ division. The defendant may need an interpreter for this language: _____ .

_____

The defendant:   ☐ will retain an attorney.

                 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   _5/3/24_

                                _____
                                        _Judge's signature_

                              Magistrate Judge Alistair E. Newbern
                                     _Printed name and title_

## U.S. District Court
## Middle District of Tennessee (Nashville)
## CRIMINAL DOCKET FOR CASE #: 3:24-mj-04178 All Defendants

Case title: USA v. McManus-Sanning

Date Filed: 05/03/2024

Date Terminated: 05/03/2024

Assigned to: Magistrate Judge Alistair Newbern

**Defendant (1)**

**Ethan McManus-Sanning**                          represented by **R. David Baker**
*Rule 5 to the Eastern District of Kentucky*                     Federal Public Defender's Office (MDTN)
*TERMINATED: 05/03/2024*                                         810 Broadway
                                                                 Suite 200
                                                                 Nashville, TN 37203
                                                                 (615) 736-5047
                                                                 Email: david_baker@fd.org
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Public Defender or Community Defender*
                                                                 *Appointment*

**Pending Counts**                                  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                               **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                      **Disposition**
18:2252(a)(2), 18:2252(a)(4) Receipt of visual depictions
involving a minor engaged in sexually explicit conduct,
Possession of a matter containing visual depictions of minors
engaged in sexually explicit conduct

**Plaintiff**
**USA**                                             represented by **Mitchell Galloway**
                                                                 DOJ-USAO
                                                                 719 Church St, Suite 3300
                                                                 Nashville, TN 37203
                                                                 615-736-5151
                                                                 Email: mitchell.galloway@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2024 | 1 | Warrant issued in the Eastern District of Kentucky returned executed in this District on 5/3/2024 as to Ethan McManus-Sanning. (ln) (Entered: 05/03/2024) |
| 05/03/2024 | | Arrest (Rule 5) of Ethan McManus-Sanning. (ln) (Entered: 05/03/2024) |
| 05/03/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Alistair Newbern: Initial Appearance in Rule 5(c)(3) Proceedings as to Ethan McManus-Sanning held on 5/3/2024. Defendant appeared with appointed counsel R. David Baker. Defendant waived identity hearing. Defendant reserved right to have preliminary hearing in District of Prosecution. Defendant elected to have detention hearing in District of Prosecution. (ln) (Entered: 05/03/2024) |
| 05/03/2024 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ethan McManus-Sanning. Signed by Magistrate Judge Alistair Newbern on 5/3/2024. (ln) (Entered: 05/03/2024) |
| 05/03/2024 | 4 | ORDER Regarding Brady Materials as to Ethan McManus-Sanning. Signed by Magistrate Judge Alistair Newbern on 5/3/2024. (ln) (Entered: 05/03/2024) |

| 05/03/2024 | 5 | WAIVER of Rule 5 & 5.1 Hearings by Ethan McManus-Sanning. (ln) (Entered: 05/03/2024) |
| 05/03/2024 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Ethan McManus-Sanning. Defendant committed to the Eastern District of Kentucky. Signed by Magistrate Judge Alistair Newbern on 5/3/2024. (ln) (Entered: 05/03/2024) |
| 05/03/2024 | 7 | Rule 5(c)(3) Documents Transmitted as to Ethan McManus-Sanning to the Eastern District of Kentucky. (ln) (Entered: 05/03/2024) |

ATTEST AND CERTIFY
A TRUE COPY
            Clerk
    U.S. District Court
Middle District of Tennessee
By: ~~~~~~~
    Deputy Clerk

**MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**

U.S.A. v. ETHAN MCMANUS-SANNING _____, No. 3:24-mj-04178

**ATTORNEY FOR GOVERNMENT:** Mitchell Galloway _____

**ATTORNEY FOR DEFENDANT:** David Baker _____ ☐ **AFPD** ☐ **Panel** ☐ **Retained**

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock _____

**INTERPRETER NEEDED?** ☐ **YES** ■ **NO    LANGUAGE/INTERPRETER:** _____
                                                ☐ **PRESENT** ☐ **TELEPHONE** ☐ **VIDEO**

☐ **Defendant consents to appear before the Magistrate Judge by video**

■ **INITIAL APPEARANCE    ☐ ON A SUMMONS    ■ ARRESTED ON:** May 3, 2024 _____
        DEFENDANT HAS A COPY OF:
        ☐ Complaint  ■ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other: _____
        ■ Defendant advised of the charges & maximum penalties    ■ Defendant advised of right to counsel
        ■ Defendant provided the financial affidavit    ☐ Counsel retained    ■ FPD Appointed
        ■ Defendant advised of right to silence    ☐ Defendant advised of right to Consular Notification
        ■ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
        ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
        ■ Government filed motion for detention    ☐ Defendant Waived detention hearing
        ☐ Defendant temporarily detained    ☐ Defendant reserved right to hearing in future
        ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to state custody
        ☐ Defendant to remain on current conditions of supervised release
        ☐ Defendant released on:
                ☐ Standard ☐ Special ☐ Appearance Bond: _____    ☐ Property Bond
        ■ RULE 5- Defendant advised of right to identity hearing    ■ Defendant waived identity hearing
        ■ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
        ■ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
        ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**        (Waiver of Indictment executed)
☐ **ARRAIGNMENT**
        ☐ Defendant acknowledges receipt of Indictment/Information    ☐ Indictment/Information read to Defendant
        ☐ Defendant waived reading thereof        ☐ Court advised maximum penalties
        **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**
        ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** May 3, 2024 _____        **TOTAL TIME:** 6 minutes _____
**BEGIN TIME:** 1:00 p.m. _____        **END TIME:** 1:06 p.m. _____
■ **Digitally Recorded** ☐ **Court Reporter:** _____

Revised on 1/25/24                    Page 1 of 1

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Case No. 3:24-mj-4178 |
| v. | |
| ETHAN MCMANUS-SANNING, | Magistrate Judge Alistair E. Newbern |
| Defendant. | |

## ORDER

On the basis of Defendant's affidavit in this cause, the Court determines that Defendant:

☐ is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

☒ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

☒ is financially unable to pay the fee of any witness and pursuant to Rule 17(b), of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that Defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

☐ Upon Motion of the Government, the Court may order repayment or partial repayment from Defendant for the attorney and witness fees for these services should it appear Defendant has such ability at a later time.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By: _____
Deputy Clerk

UNITED STATES OF AMERICA,

v.

ETHAN MCMANUS-SANNING,

Defendant.

Case No. 3:24-mj-4178

Magistrate Judge Alistair E. Newbern

## ORDER

Pursuant to the Due Process Protections Act, the Court reminds the government of its obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with *Brady* and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court or any other remedy that is just under the circumstances.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:24-mj-4178 |
| Ethan McManus-Sanning | ) | |
| | ) | |
| | ) | Charging District's Case No.   5:24-CR-39-DCR-EBA |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
Eastern District of Kentucky _____.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  5·3·24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David Baker
*Printed name of defendant's attorney*